THE FLORIDA LAND & FRUIT CO., A CORPORATION, *Appellant,* v. J. W. DUTTON & L. P. HAGAN, INDIVIDUALLY AND J. W. DUTTON & L. P. HAGAN AS CO-PARTNERS UNDER THE FIRM NAME OF DUTTON & HAGAN, *Appellees.*

Opinion filed June 3, 1918.

An Appeal from an Order and Decree of the Circuit Court within and for the County of Lake.

*Davis & Giles,* for Appellant;

*J. W. Hunter* and *J. B. Gaines,* for Appellees.

PER CURIAM.—This cause having been submitted to the Court at a former term thereof upon the transcript of the record of the order and decree aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the

said order and decree; it is, therefore, considered, ordered and adjudged by the Court that the said order and decree of the Circuit Court be, and the same is hereby, affirmed.

TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.

BROWNE, C. J., took no part.